IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENISHA TATE-AUSTIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JANETTE C. MILLER, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-09319-MMC<br><br>**ORDER VACATING HEARING ON MILLER DEFENDANTS' MOTION TO DISMISS** |

　　　　Before the Court is defendants Miller and Perotti Real Estate Appraisals, Inc. and Janette C. Miller's (collectively, "Miller Defendants") "Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted," filed January 10, 2022, and re-noticed January 14, 2022.  Plaintiffs have filed opposition, to which the Miller Defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for March 25, 2022.

　　　　**IT IS SO ORDERED.**

Dated: March 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge