Liza Cristol-Deman (SBN 190516)
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103
lcristoldeman@brancart.com

Julia Howard-Gibbon (SBN 321789)
FAIR HOUSING ADVOCATES OF
 NORTHERN CALIFORNIA
1314 Lincoln Ave., Suite A
San Rafael, CA 94901
Tel: (415) 483-7516
Fax: (415) 457-6382
julia@fairhousingnorcal.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENISHA TATE-AUSTIN; PAUL AUSTIN; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br>v.<br>JANETTE C. MILLER; MILLER AND PEROTTI REAL ESTATE APPRAISALS, INC.; and AMC LINKS LLC;<br><br>Defendants. | Case No. 3:21-cv-09319 MMC (SK)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JANETTE C. MILLER AND PEROTTI REAL ESTATE APPRAISALS, INC.; [PROPOSED] ORDER** |

Plaintiffs and the remaining Defendants, Janette C. Miller and Perotti Real Estate Appraisals, Inc., have reached a settlement in this matter. The parties hereby apply for and stipulate to issuance of an order dismissing all claims with prejudice against these remaining two defendants, subject to the terms of the settlement agreement. The parties request that the Court retain jurisdiction solely for the purpose of enforcement of the settlement agreement.

Claims against Defendant AMC Links, LLC have already been dismissed with prejudice pursuant to a previous settlement agreement.

So stipulated.

*I, Liza Cristol-Deman, hereby attest that all signatories whose names appear below have consented to the filing of this document.*

DATED: April 17, 2023

    Respectfully submitted,

    BRANCART & BRANCART

    */s/ Liza Cristol-Deman*
    Liza Cristol-Deman
    lcristoldeman@brancart.com

    FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA

    */s/ Julia Howard-Gibbon*
    Julia Howard-Gibbon
    julia@fairhousingnorcal.org

    Attorneys for Plaintiffs

    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

    *s/ Peter Catalanotti*
    Peter Catalanotti

    Attorneys for Defendants Janette C. Miller and Perotti Real Estate Appraisals, Inc.

# [PROPOSED] ORDER

Based upon the foregoing stipulation and good cause appearing, it is hereby ordered that Plaintiffs' claims against Defendants Janette C. Miller and Perotti Real Estate Appraisals, Inc. are dismissed in their entirety with prejudice. The Court retains jurisdiction solely for the purposes of enforcement of the settlement agreement.

IT IS SO ORDERED.

**Dated:_____, 2023**

_____
**HONORABLE MAXINE M. CHESNEY**
**U.S. DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on April 17, 2023, I caused the following document to be served by email or via the Court's ECF system – **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JANETTE C. MILLER AND PEROTTI REAL ESTATE APPRAISALS, INC.; [PROPOSED] ORDER**

– upon the following attorneys:

Brian Slome
Alex A. Graft
Lewis Brisbois Bisgaard & Smith LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104
Brian.Slome@lewisbrisbois.com
Alex.Graft@lewisbrisbois.com
nancy.lew-pham@lewisbrisbois.com
Jennifer.Cannone@lewisbrisbois.com
ronald.oakes-cunningham@lewisbrisbois.com
[For AMC Links]

Julia Howard-Gibbon
FHANC
1314 Lincoln Ave., Suite A
San Rafael, CA 94901
julia@fairhousingnorcal.org
[For Plaintiff]

Peter Catalanotti
Madonna Herman
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
Peter.Catalanotti@wilsonelser.com
Madonna.Herman@wilsonelser.com
Michael.Folger@wilsonelser.com
[For Miller]

*/s/ Liza Cristol-Deman*